# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS

In re:                                          §
                                                §
ADAMS SR., DONALD S.                            §       Case No. 14-81269
ADAMS, KELLY K.                                 §
                                                §
                                                §
                        Debtors                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/21/2014 .  The undersigned trustee was appointed on 04/21/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $       75,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 26,941.24 |
| Bank service fees | 0.00 |
| Other payments to creditors | 9,340.59 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 23,718.17 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/05/2016  and the deadline for filing governmental claims was  10/05/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,250.00 , for a total compensation of $ 6,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 10/19/2016                     By:/s/DANIEL M. DONAHUE
                                           Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 14-81269 | TML | Judge: THOMAS M. LYNCH |
|---|---|---|---|
| Case Name: | ADAMS SR., DONALD S. | | |
| | ADAMS, KELLY K. | | |
| For Period Ending: 10/19/16 | | | |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 04/21/14 (f) |
| 341(a) Meeting Date: | 05/29/14 |
| Claims Bar Date: | 10/05/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| 8. Vehicles | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles | 4,500.00 | 0.00 | | 0.00 | FA |
| 10. Other Miscellaneous (personal injury case) | Unknown | 1.00 | | 75,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $26,750.00 | $1.00 | | $75,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special counsel is doing a Motion for Summary Judgment on the declaratory action relating to coverage brought by the

insurance company.  Discovery is hold until that gets completed.  It will take some time before this matter is resolved.

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 12/01/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-81269  -TML |
|---|---|
| Case Name: | ADAMS SR., DONALD S. |
| | ADAMS, KELLY K. |
| Taxpayer ID No: | *******6764 |
| For Period Ending: | 10/19/16 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0277  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/10/16 | 10 | Pekin Insurance | SETTLEMENT PROCEEDS: PI CLAIM | 1142-000 | 75,000.00 | | 75,000.00 |
| 10/10/16 | 002001 | DONALD S. ADAMS SR. | exempt portion per court order | 8100-002 | | 15,000.00 | 60,000.00 |
| | | 11646 WILD DEER TRAIL | | | | | |
| | | ROSCOE, IL  61073-8988 | | | | | |
| 10/10/16 | 002002 | Clark, Justen, Zucchi & Frost, Ltd. | Fees and expenses per court order | | | 26,941.24 | 33,058.76 |
| | | | Fees              25,000.00 | 3210-000 | | | |
| | | | Expenses          1,941.24 | 3220-000 | | | |
| 10/10/16 | 002003 | Blue Cross Blue Shield of Illinois | payment of subrogation per order | 7100-000 | | 9,340.59 | 23,718.17 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 75,000.00 | 51,281.83 | 23,718.17 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 75,000.00 | 51,281.83 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 75,000.00 | 36,281.83 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******0277 | 75,000.00 | 36,281.83 | 23,718.17 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 75,000.00 | 36,281.83 | 23,718.17 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          75,000.00          51,281.83

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 19, 2016 |
|---|---|---|---|---|---|---|

| Case Number: | 14-81269 | | Claim Class Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | ADAMS SR., DONALD S. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 001 3110-00 | McGreevy Williams | Administrative | | $0.00 | $1,396.42 | $1,396.42 |
| 000001 070 7100-00 | Swedish American Credit Union<br>1401 E. State St<br>Rockford, IL 61104 | Unsecured | | $0.00 | $16,540.52 | $16,540.52 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $374.70 | $374.70 |
| 000004 070 7100-00 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $4,717.47 | $4,717.47 |
| 000005 070 7100-00 | Navient Solutions, Inc. Department of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Unsecured | | $0.00 | $43,245.93 | $43,245.93 |
| 000006 070 7100-00 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Unsecured | | $0.00 | $162,086.11 | $162,086.11 |
| 000007 070 7100-00 | Springleaf Financial Services<br>P.O. Box 3251<br>Evansville, IN. 47731-3251 | Unsecured | | $0.00 | $4,530.14 | $4,530.14 |
| 000008 070 7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $2,063.66 | $2,063.66 |
| 000009 070 7100-00 | Atlas Acquisitions LLC (Credit One Bank, N.a.)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $627.31 | $627.31 |
| 000010 070 7100-00 | Atlas Acquisitions LLC (GE Money Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $5,134.18 | $5,134.18 |
| 000002 | Blue Cross Blue Shield of Illinois<br>3405 Liberty Drive<br>Springfield, IL 62704 | Unsecured | | $0.00 | $18,681.18 | $18,681.18 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 19, 2016 |

Case Number:    14-81269
Debtor Name:    ADAMS SR., DONALD S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|-------------------------|-------------|-------|-----------|---------|---------|
| | Case Totals: | | | $0.00 | $259,397.62 | $259,397.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-81269
Case Name: ADAMS SR., DONALD S.
          ADAMS, KELLY K.
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                    $           23,718.17

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Attorney for Trustee Fees: McGreevy Williams | $ 1,245.00 | $ 0.00 | $ 1,245.00 |
| Attorney for Trustee Expenses: McGreevy Williams | $ 151.42 | $ 0.00 | $ 151.42 |

Total to be paid for chapter 7 administrative expenses     $           7,646.42

Remaining Balance                                          $           16,071.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 239,320.02  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  6.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Swedish American Credit Union | $ 16,540.52 | $ 0.00 | $ 1,110.79 |
| 000003 | Capital One Bank (USA), N.A. | $ 374.70 | $ 0.00 | $ 25.16 |
| 000004 | Navient Solutions Inc. | $ 4,717.47 | $ 0.00 | $ 316.81 |
| 000005 | Navient Solutions, Inc. Department of | $ 43,245.93 | $ 0.00 | $ 2,904.22 |
| 000006 | U.S. Department of Education | $ 162,086.11 | $ 0.00 | $ 10,885.04 |
| 000007 | Springleaf Financial Services | $ 4,530.14 | $ 0.00 | $ 304.23 |
| 000008 | American InfoSource LP as agent for | $ 2,063.66 | $ 0.00 | $ 138.59 |
| 000009 | Atlas Acquisitions LLC (Credit One | $ 627.31 | $ 0.00 | $ 42.12 |
| 000010 | Atlas Acquisitions LLC (GE Money Bank) | $ 5,134.18 | $ 0.00 | $ 344.79 |

Total to be paid to timely general unsecured creditors          $          16,071.75

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE