UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ADAMS SR., DONALD S. § Case No. 14-81269
ADAMS, KELLY K. §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 24,209.00 *(Without deducting any secured claims)* | Assets Exempt: 17,541.00 |
| Total Distributions to Claimants: 25,412.34 | Claims Discharged Without Payment: 324,663.27 |
| Total Expenses of Administration: 34,587.66 | |

3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 38,535.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 34,587.66 | 34,587.66 | 34,587.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 124,131.00 | 239,320.02 | 248,660.61 | 25,412.34 |
| **TOTAL DISBURSEMENTS** | $ 162,666.00 | $ 273,907.68 | $ 283,248.27 | $ 60,000.00 |

4) This case was originally filed under chapter 7 on 04/21/2014 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/12/2017             By:/s/DANIEL M. DONAHUE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Miscellaneous (personal injury case) | 1142-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DONALD S. ADAMS SR. | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Swedish American Credit Union 1401 E. State St Rockford, IL 61104 | | 34,326.00 | NA | NA | 0.00 |
| | Swedish American Credit Union 1401 E. State St Rockford, IL 61104 | | 4,209.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 38,535.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 6,250.00 | 6,250.00 | 6,250.00 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,245.00 | 1,245.00 | 1,245.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 151.42 | 151.42 | 151.42 |
| CLARK, JUSTEN, ZUCCHI & FROST, LTD. | 3210-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |
| CLARK, JUSTEN, ZUCCHI & FROST, LTD. | 3220-000 | NA | 1,941.24 | 1,941.24 | 1,941.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 34,587.66 | $ 34,587.66 | $ 34,587.66 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Fbsd First Financial Bank USA Po Box 1200 North Sioux City, SD 57049 | | 0.00 | NA | NA | 0.00 |
| | Affiliated Acceptance Corporation Attn: Customer Service Po Box 790001 Sunrise Beach, MO 65079 | | 0.00 | NA | NA | 0.00 |
| | Afni Attention: Bankruptcy 1310 Martin Luther King Dr Bloomington, IL 61701 | | 0.00 | NA | NA | 0.00 |
| | Afni, Inc. Attn: Bankruptcy Po Box 3097 Bloomington, IL 61702 | | 0.00 | NA | NA | 0.00 |
| | Ashro 1515 S 21st St Clinton, IA 52732 | | 277.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 161.00 | NA | NA | 0.00 |
| | Avant Credit 640 Lasalle Chicago, IL 60654 | | 2,293.00 | NA | NA | 0.00 |
| | Creditors Protection S Po Box 4115 Rockford, IL 61101 | | 345.00 | NA | NA | 0.00 |
| | Debt Recovery Solution 900 Merchants Concourse Westbury, NY 11590 | | 409.00 | NA | NA | 0.00 |
| | Edfinancial/esa 120 N Seven Oaks D Knoxville, TN 37922 | | 0.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 94,734.00 | NA | NA | 0.00 |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank 95 Washington Street Buffalo, NY 14203 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,187.00 | NA | NA | 0.00 |
| | R & B Receivables Mana 860 S Northpoint Blvd Waukegan, IL 60085 | | 541.00 | NA | NA | 0.00 |
| | Receivables Management Po Box 44414 Eden Prairie, MN 55344 | | 32.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Salute/utb Card Services Po Box 105555 Atlanta, GA 30348 | | 936.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | State Collection Servi Attn: Bankruptcy 2509 S Stoughton Rd Madison, WI 53716 | | 0.00 | NA | NA | 0.00 |
| | Title Cash of IL 5919 N.2nd St Loves Park, IL 61111 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 2,103.00 | 2,063.66 | 2,063.66 | 138.59 |
| 000009 | ATLAS ACQUISITIONS LLC (CREDIT ONE | 7100-000 | 0.00 | 627.31 | 627.31 | 42.12 |
| 000010 | ATLAS ACQUISITIONS LLC (GE MONEY BA | 7100-000 | 5,123.00 | 5,134.18 | 5,134.18 | 344.79 |
| | BLUE CROSS BLUE SHIELD OF ILLINOIS | 7100-000 | NA | 0.00 | 9,340.59 | 9,340.59 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 374.00 | 374.70 | 374.70 | 25.16 |
| 000004 | NAVIENT SOLUTIONS INC. | 7100-000 | 637.00 | 4,717.47 | 4,717.47 | 316.81 |
| 000005 | NAVIENT SOLUTIONS, INC. DEPARTMENT | 7100-000 | 6,086.00 | 43,245.93 | 43,245.93 | 2,904.22 |
| 000007 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | 6,300.00 | 4,530.14 | 4,530.14 | 304.23 |
| 000001 | SWEDISH AMERICAN CREDIT UNION | 7100-000 | NA | 16,540.52 | 16,540.52 | 1,110.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | U.S. DEPARTMENT OF EDUCATION | 7100-000 | 2,093.00 | 162,086.11 | 162,086.11 | 10,885.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 124,131.00 | $ 239,320.02 | $ 248,660.61 | $ 25,412.34 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-81269 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ADAMS SR., DONALD S. | | | Date Filed (f) or Converted (c): | 04/21/14 (f) |
| | ADAMS, KELLY K. | | | 341(a) Meeting Date: | 05/29/14 |
| For Period Ending: | 04/12/17 | | | Claims Bar Date: | 10/05/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| 8. Vehicles | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles | 4,500.00 | 0.00 | | 0.00 | FA |
| 10. Other Miscellaneous (personal injury case) | Unknown | 1.00 | | 75,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $26,750.00 | $1.00 | | $75,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special counsel is doing a Motion for Summary Judgment on the declaratory action relating to coverage brought by the insurance company. Discovery is hold until that gets completed. It will take some time before this matter is resolved.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/01/18

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-81269 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ADAMS SR., DONALD S. | Bank Name: | BANK OF KANSAS CITY |
| | ADAMS, KELLY K. | Account Number / CD #: | *******0277 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6764 | | |
| For Period Ending: | 04/12/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/10/16 | 10 | Pekin Insurance | SETTLEMENT PROCEEDS: PI CLAIM | 1142-000 | 75,000.00 | | 75,000.00 |
| 10/10/16 | 002001 | DONALD S. ADAMS SR.<br>11646 WILD DEER TRAIL<br>ROSCOE, IL 61073-8988 | exempt portion per court order | 8100-002 | | 15,000.00 | 60,000.00 |
| 10/10/16 | 002002 | Clark, Justen, Zucchi & Frost, Ltd. | Fees and expenses per court order<br>Fees 25,000.00<br>Expenses 1,941.24 | <br>3210-000<br>3220-000 | | 26,941.24 | 33,058.76 |
| 10/10/16 | 002003 | Blue Cross Blue Shield of Illinois | payment of subrogation per order | 7100-000 | | 9,340.59 | 23,718.17 |
| 01/30/17 | 002004 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 6,250.00 | 17,468.17 |
| 01/30/17 | 002005 | McGreevy Williams | Claim ADMIN, Payment 100.00000%<br>Fees 1,245.00<br>Expenses 151.42 | <br>3110-000<br>3120-000 | | 1,396.42 | 16,071.75 |
| 01/30/17 | 002006 | Swedish American Credit Union<br>1401 E. State St<br>Rockford, IL 61104 | Claim 000001, Payment 6.71557% | 7100-000 | | 1,110.79 | 14,960.96 |
| 01/30/17 | 002007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 6.71471% | 7100-000 | | 25.16 | 14,935.80 |
| 01/30/17 | 002008 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Claim 000004, Payment 6.71568% | 7100-000 | | 316.81 | 14,618.99 |
| 01/30/17 | 002009 | Navient Solutions, Inc. Department of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Claim 000005, Payment 6.71559% | 7100-000 | | 2,904.22 | 11,714.77 |
| | | | Page Subtotals | | 75,000.00 | 63,285.23 | |

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-81269 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ADAMS SR., DONALD S. | | Bank Name: | BANK OF KANSAS CITY |
| | ADAMS, KELLY K. | | Account Number / CD #: | *******0277 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6764 | | | |
| For Period Ending: | 04/12/17 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/17 | 002010 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Claim 000006, Payment 6.71559% | 7100-000 | | 10,885.04 | 829.73 |
| 01/30/17 | 002011 | Springleaf Financial Services<br>P.O. Box 3251<br>Evansville, IN. 47731-3251 | Claim 000007, Payment 6.71569% | 7100-000 | | 304.23 | 525.50 |
| 01/30/17 | 002012 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000008, Payment 6.71574% | 7100-000 | | 138.59 | 386.91 |
| 01/30/17 | 002013 | Atlas Acquisitions LLC (Credit One<br>Bank, N.a.)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000009, Payment 6.71438% | 7100-000 | | 42.12 | 344.79 |
| 01/30/17 | 002014 | Atlas Acquisitions LLC (GE Money Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000010, Payment 6.71558% | 7100-000 | | 344.79 | 0.00 |

```
                              COLUMN TOTALS                     75,000.00      75,000.00           0.00
                        Less: Bank Transfers/CD's                    0.00           0.00
                              Subtotal                          75,000.00      75,000.00
                        Less: Payments to Debtors                              15,000.00
                              Net                               75,000.00      60,000.00

                                                                                 NET          ACCOUNT
                              TOTAL - ALL ACCOUNTS            NET DEPOSITS  DISBURSEMENTS      BALANCE
          Checking Account (Non-Interest Earn - ********0277    75,000.00      60,000.00           0.00
                                                              ------------  ------------   ------------
                                                                75,000.00      60,000.00           0.00
                                                              ============  ============   ============

                              Page Subtotals                         0.00      11,714.77
```

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-81269 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ADAMS SR., DONALD S. | Bank Name: | BANK OF KANSAS CITY |
|  | ADAMS, KELLY K. | Account Number / CD #: | *******0277  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6764 |  |  |
| For Period Ending: | 04/12/17 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  | Page Subtotals | 0.00 | 0.00 |  |
|---|---|---|---|---|---|

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*